Argued July 17, reversed July 22, 1974

JENSEN, *Respondent, v.* MOTOR VEHICLES DIVISION (No. 391-745), *Appellant.*

524 P2d 547

*Jim G. Russell,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the briefs were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

*Richard W. Kapranos,* Portland, argued the cause for respondent. With him on the brief were Bauske, Osis, Werst & Kapranos, Portland.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Reversed. *Thorp v. Dept. of Motor Vehicles,* 4 Or App 552, 480 P2d 716 (1971).